UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN MALLGREN,

                Plaintiff,

-against-

JOHN DOE PRO SE COURT CLERKS,

                Defendant.

25-cv-1951 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 12, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 17, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge